ORDER
PER CURIAM
AND NOW, this 16th day of August, 2017, the Commonwealth Court’s ruling dated June 9, 2016 is affirmed in part and reversed in part:
(1) that portion of the ruling granting the Suggestion of Mootness filed by the Pennsylvania Board of Probation and Parole is hereby AFFIRMED; and
(2) that portion of the ruling granting the Preliminary Objections filed by the Pennsylvania State Police and denying the Motion for Summary Judgment filed by Appellant Leroy Spann is hereby REVERSED. See Commonwealth v. Muniz, — Pa. —, 164 A.3d 1189 (2017).
The case is hereby remanded to the Commonwealth Court for the entry of an appropriate order granting mandamus relief.
Chief Justice Saylor and Justice Mundy file concurring statements.